# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ECLIPSE IP LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **LEAD CASE NO: 2:13:CV-67** |
| v. ) | |
| ) | |
| HARLEY-DAVIDSON MOTOR ) | Civil Action No.: 2:13-cv-00218-JRG-RSP |
| COMPANY, INC., ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Eclipse IP LLC and Defendant Harley-Davidson Motor Company, Inc. jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All claims and counterclaims are dismissed with prejudice; and

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the submission of their Joint Stipulated Dismissal with Prejudice.

**SIGNED this 21st day of August, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE